### TERZIAN v. GORDON.

APPEAL AND ERROR—UNCONDITIONAL ORDER GRANTING NEW TRIAL NOT REVIEWABLE ON WRIT OF ERROR.

   An unconditional order granting defendants a new trial may not be reviewed by plaintiffs on writ of error.[1]

Error to Wayne; Cross (Orien S.), J., presiding. Submitted October 21, 1924. (Docket No. 118.) Decided December 10, 1924.

Assumpsit by Khatchig Terzian against Morris Gordon and another on a promissory note. Judgment for plaintiff. From an order granting a motion for a new trial, plaintiff brings error. Writ dismissed.

*Sherman D. Callender* (*J. H. M. Alexander,* of counsel), for appellant.

*Payne & Payne* (*Thomas W. Payne,* of counsel), for appellees.

---

[1]Appeal and Error, 3 C. J. § 337.

WIEST, J.   By writ of error we are asked to set aside an unconditional order of the circuit court granting defendants a new trial and direct the circuit court to enter judgment for the amount plaintiff claimed, or, at least, for the amount found in his favor by the jury.    It cannot be done.    *The Mifflinburg Bank* v. *Bickhart,* 224 Mich. 98.

Writ dismissed on our own motion.    No costs.

CLARK, C. J., and MCDONALD, BIRD, SHARPE, MOORE, STEERE, and FELLOWS, JJ., concurred.